IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

    vs.                                           Case No.3: 99-CR-186-03(CCC)

**RAMONITA ESPIADA-PADILLA**
**AKA: "SEÑORA", "LADONA"**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION REQUESTING MODIFICATION**
**OF THE SUPERVISED RELEASE CONDITIONS**

**TO THE HONORABLE CARMEN CONSUELO CEREZO**
**U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

    **COMES NOW, DESIREE REYES-CALDERON, U.S. PROBATION OFFICER** of this Honorable Court, requesting a modification of the conditions of Ramonita Espiada-Padilla, who was sentenced on November 7, 2001, to ninety-six (96) months of imprisonment to be followed by a four (4) years term of supervised release, after she plead guilty of violating Title 21 U.S.C. § 846. Among the specials conditions imposed: the offender shall refrain from any use of controlled substances and submit to random drug test.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

    Since the death of the offender's son she expressed feelings of depression. She voluntary agreed to engage in mental health treatment and as such, she signed the attached Probation Form 49-Waiver of Hearing to Modify Conditions of Supervised Release.

**WHEREFORE**, in view of the aforementioned, unless ruled otherwise, it is respectfully requested that the Court modify Mrs. Ramonita Espiada-Padilla's conditions of supervised release to include mental health treatment.

In San Juan, Puerto Rico, this 19th day of December 2006.

    Respectfully submitted,

    EUSTAQUIO BABILONIA, CHIEF
    U.S. PROBATION OFFICER


    s/Desirée Reyes-Calderón
    Desirée Reyes-Calderón
    U.S. Probation Officer
    150 Carlos Chardón Avenue
    Federal Office Building, Room 400
    San Juan, PR 00918
    Tel.(787) 771-1401
    Fax. (787) 281-4928
    Desiree_Reyes@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on, December 19th, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the EM/ECF system which will send notification of such filing to the following: Daniel Vacarro, Assistant U.S. Attorney and Fernando Carlo, Esq. of the United States Federal Public Defender's Office.

At San Juan, Puerto Rico this 19th day of December 2006.

        s/Desirée Reyes-Calderón
        U.S. Probation Officer
        150 Carlos Chardón Avenue
        Federal Office Building, Room 400
        San Juan, PR 00918
        (787) 771-3629
        (787) 771-4063
        Desiree_Reyes@prp.uscourts.gov